IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JARED DEMPSEY,** | : | **CIVIL ACTION NO. 1:06-CV-1363** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **JO ANNE B. BARNHART,** | : | |
| **Commissioner of Social** | : | |
| **Security Administration** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of January, 2007, upon consideration of the report of the magistrate judge (Doc. 7), recommending that plaintiff's social security appeal be remanded for further consideration of the medical evidence and of plaintiff's credibility, to which no objections were filed (see Doc. 9), and of plaintiff's motion (Doc. 8) to adopt the report and recommendation, and, following an independent review of the record, it is hereby ORDERED that:

1. The report and recommendation of the magistrate judge (Doc. 7) is ADOPTED.

2. The above-captioned case is REMANDED to the Commissioner of Social Security for further proceedings consistent with this order and the report and recommendation of the magistrate judge (Doc. 7).

3. Plaintiff's motion (Doc. 8) to adopt the report and recommendation is DENIED as moot.

4. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge